**Sheri HYLTON, Appellant,**

v.

**SAFE AUTO INSURANCE COMPANY;**
**Respondent,**

and

**Roy Eugene Johnson, Jr., Appellant.**

**WD 79826**

Missouri Court of Appeals,
Western District.

April 18, 2017

Jeffrey Dull, Clinton, MO, Counsel for Appellant, Hylton

Kirk Presley, Kansas City, MO, Counsel for Appellant, Johnson

Matthew McCoy, Kansas City, MO, Co–Counsel for Appellant, Johnson

John Kellogg, Kansas City, MO, Counsel for Respondent

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Ms. Sheri Hylton and Mr. Roy Eugene Johnson, Jr. appeal a Henry County circuit court judgment granting Safe Auto Insurance Co.'s summary-judgment motion in a garnishment action. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).